**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| MARCELINO NAVICHOQUE RODRIGUEZ, | | |
| Plaintiff, | | CIVIL ACTION FILE |
| vs. | | NO. 1:16-cv-1220-WSD |
| MARIETTA FISH MARKET, LLC, et al., | | |
| Defendants. | | |

## J U D G M E N T

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of the parties' Joint Motion to Approve Settlement Agreement, and the Court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 6th day of December, 2016.

JAMES N. HATTEN
CLERK OF COURT

By:   *s/Denise D.M. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 6, 2016
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
        Deputy Clerk